**STATE of Missouri,
Plaintiff-Respondent,**

v.

**Donald Patrick MOORE,
Defendant-Appellant.**

**No. 49943.**

Missouri Court of Appeals,
Eastern District,
Division Eight.

July 15, 1986.

Charles E. Kirksey, St. Louis, for defendant-appellant.

John Munson Morris, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

### ORDER

PER CURIAM.

Donald Patrick Moore was jury-convicted of first degree assault, § 565.050 RSMo 1978, and armed criminal action § 571.015 RSMo 1978, and thereafter sentenced, as a prior offender, to thirty year concurrent terms for the two offenses.  The parties have been furnished with a memorandum for their information only setting forth the reasons for the order affirming the judgment.  No jurisprudential purpose could be served by a written opinion.  Judgment affirmed in accordance with Rule 30.25(b).